UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | This Document Relates to *Hampton Bays Water District v. 3M Company et al., 2:18-cv-03339-RMG* |
| HAMPTON BAYS WATER DISTRICT Plaintiff, <br> v. <br> THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co., AGC CHEMICALS AMERICAS INC., AMEREX CORPORATION, ARKEMA INC., individually and as successor in interest to Atofina S.A., ARCHROMA MANAGEMENT LLC, BASF CORPORATION, individually and as successor in interest to Ciba Inc., BUCKEYE FIRE EQUIPMENT COMPANY, CARRIER GLOBAL CORPORATION, individually and as successor in interest to Kidde-Fenwal, Inc., CHEMDESIGN PRODUCTS INC., CHEMGUARD INC. CHEMICALS, INC., CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation, CORTEVA, INC, individually and as successor in interest to DuPont Chemical Solutions Enterprise, DEEPWATER CHEMICALS, INC., DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise, DYNAX CORPORATION, E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, KIDDE-FENWAL, INC., individually and as successor in interest to Kidde Fire Fighting, Inc., NATION FORD CHEMICAL COMPANY, NATIONAL FOAM INC., THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise and TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company, <br> Defendants. | Civil Action No. 2:18-mn-2873-RMG |

## **NOTICE OF APPEARANCE**

      Please enter the appearance of Keith E. Smith on behalf of Defendant National Foam, Inc., in the above-captioned matter.

Dated: March 25, 2021				GREENBERG TRAURIG, LLP

							By:  /s/ Keith E Smith
							       Keith E Smith
							       1717 Arch Street, Suite 400
							       Philadelphia, Pennsylvania 19103
							       Telephone: 215.988.7843
							       Facsimile: 215.988.7801
							       E-mail: smithkei@gtlaw.com

**CERTIFICATE OF SERVICE**

      I, Keith E. Smith, hereby certify that on March 25, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via ECF.

      Respectfully submitted,

      /s/ Keith E Smith
      Keith E Smith